## 11351

### MUNCH v. ATLANTIC COAST LINE RAILROAD CO.

#### (120 S. E., 927)

APPEAL AND ERROR.—Findings of Magistrate, sustained by the Circuit Court, will not be disturbed on appeal to the Supreme Court if there is any testimony to sustain such findings.

Before JOHNSON, J., Jasper, June, 1923.    Affirmed.

Action by W. A. Munch against Atlantic Coast line Railroad Company. From the judgment in the Magistrate's Court for the plaintiff, affirmed by the Circuit Court, the defendant appeals.

*Mr. W. M. Heyward,* for appellant, cites: *Plaintiff not entitled to recover penalty unless claim is proven for the amount sued for:* 106 S. C., 1; 16 S. E., 342; 94 S. C., 303.

*Mr. H. Klugh Purdy,* for respondent, cites: 106 S. C., 1.

December 4, 1923.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

This is an action for recovery of damages and for penalty for failure to pay the claim within the time required by law. The case was tried in Magistrate's Court on May 27, 1923, before Magistrate and a jury, and resulted in a verdict in favor of plaintiff. Defendant appealed to the Court of Common Pleas, and Judge Johnson dismissed the appeal and affirmed the judgment of the Magistrate's Court. Thereupon an appeal is taken to this Court by three exceptions. The exceptions are overruled. This Court has held in a number of cases that we will not disturb the concurring findings of the Magistrate and Circuit Court, where there is any testimony to sustain their finding.

Judgment affirmed.